FILED
CLERK
10:30 am, Sep 02, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

FORBIDDEN PLANET IP HOLDINGS,
LLC d/b/a FPNYC.COM

    Defendant.
------------------------------------------------------- X

Civil Action No. 2:21-cv-02576

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant Forbidden Planet IP Holdings, LLC d/b/a FPNYC.com ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action and any and all claims and counterclaims shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees. This Stipulation of Dismissal may be executed in counterparts. Electronic, scanned and pdf signatures will be deemed as effective as originals.

Dated: Forest Hills, New York
   August 28, 2021

LAW OFFICE OF ROBERT J. MILETSKY

By: _____
Robert Miletsky
275 Merrick Avenue, Suite B
Merrick, New York 11566
Tel. 646.256.7500

*Attorneys for Defendant and Counter Claimant*
*Forbidden Planet IP Holdings, LLC d/b/a FPNYC.com*

SHALOM LAW, PLLC

By: _____
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Telephone: (718) 971-9474

*Attorneys for Plaintiff and Counter Defendant*
*Michelle Tenzer-Fuchs*

Dated: 9/2/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.